UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

LIGHTSTONE ACQUISITIONS III, LLC, THE
LIGHTSTONE GROUP, LLC, and LSG 365
BOND STREET LLC,

                                    Plaintiffs,

         -against-

GRANT PHILLIPS and SCOTT B. PHILLIPS,

                                    Defendants.

------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:_____
DATE FILED: 9-29-20

**ORDER REGULATING**
**PROCEEDINGS**

20 Civ. 6051 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 25, 2020, I held a status conference in the above-captioned matter.

As indicated at the conference:

1. John Sidney Wirt and Pamela Cocalas Wirt are admitted *pro hac vice* in this action.

2. Plaintiffs' anticipated motion to disqualify counsel shall be filed by October 2, 2020. Defendants' opposition shall be filed by October 13, 2020. Plaintiffs' reply shall be filed by October 19, 2020.

SO ORDERED.

Dated:        September 29, 2020
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge