## Stipulation to replace Notice of Pendency

From: David Berlin (davidberlin13@yahoo.com)
To: tmsmithlaw@gmail.com
Bcc: jwirt@wirtlawfirm.com; pcwirt@wirtlawfirm.com
Date: Tuesday, February 7, 2017, 04:01 PM EST

Hi Tom,

I'm following up on our conversation of last week regarding a so-ordered stipulation that would take the place of the notice of pendency. I believe that when we left off, you were going to consult with your clients, and if acceptable, I would put together the initial draft of the stipulation. In light of the Court's email that an April 6 conference has been scheduled, and your response that three attorneys would be attending on behalf of Lightstone, I am checking with you to see if you are still interested in pursuing a stipulation and vacating the notice of pendency.

I look forward to hearing from you.

David

David Berlin
Attorney at Law
207 East 94th Street
Mezzanine Level
New York, NY 10128
(917) 202-8700
davidberlin13@yahoo.com
https://boxinglegal.com/


**EXHIBIT C**