# Phillips

| | |
|---|---|
| From: | Thomas M. Smith (tsmith@eckertseamans.com) |
| To: | davidberlin13@yahoo.com |
| Cc: | sklein@schlamstone.com |
| Date: | Thursday, July 13, 2017, 03:18 PM EDT |

In response to your email the other day:

We would like to see your proposed pleading before we stipulate to accept service (I will of course recommend to my client that we accept); as my grandmother who was raised in a log cabin on Flatbush Avenue used to say: "never buy a pig in a poke". I don't know what that means but it seems appropriate.

As to your citation to a Second Department case regarding the Notice of Pendency, we do not agree that the case you have cited is controlling precedent and would submit that it is limited to its facts.

Thank you.


**Thomas M. Smith, Esq.**

**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

10 Bank Street • Suite 700 • White Plains, NY 10606

Direct (914) 286.2807

tsmith@eckertseamans.com

eckertseamans.com | vCard


------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.



EXHIBIT E