# Re: Phillips

| | |
|---|---|
| From: | David Berlin (davidberlin13@yahoo.com) |
| To: | TSmith@eckertseamans.com |
| Cc: | jwirt@wirtlawfirm.com; pcwirt@wirtlawfirm.com |
| Date: | Thursday, October 5, 2017, 10:04 AM EDT |

Very good. Thanks for letting me know.

Sent from my iPhone

On Oct 5, 2017, at 10:00 AM, Thomas M. Smith <TSmith@eckertseamans.com> wrote:

> Thanks David I found it.
>
> **Thomas M. Smith, Esq.**
>
> **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
>
> 10 Bank Street • Suite 700 • White Plains, NY 10606
>
> Direct (914) 286.2807
>
> tsmith@eckertseamans.com
>
> eckertseamans.com | vCard
>
> **From:** David Berlin [mailto:davidberlin13@yahoo.com]
> **Sent:** Thursday, October 05, 2017 9:59 AM
> **To:** Thomas M. Smith
> **Cc:** John Wirt; Pam Wirt
> **Subject:** Re: Phillips
>
> Okay. If you don't have it, let me know and I'll resend.
>
> David Berlin



Attorney at Law

207 East 94th Street

Mezzanine Level

New York, NY 10128

(917) 202-8700

davidberlin13@yahoo.com

https://boxinglegal.com/


On Thursday, October 5, 2017 9:49 AM, Thomas M. Smith <TSmith@eckertseamans.com> wrote:


I will look for it

**Thomas M. Smith, Esq.**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

10 Bank Street • Suite 700 • White Plains, NY 10606
Direct (914) 286.2807
tsmith@eckertseamans.com

eckertseamans.com  | vCard

**From:** David Berlin [mailto:davidberlin13@yahoo.com]
**Sent:** Thursday, October 05, 2017 9:49 AM
**To:** Thomas M. Smith
**Cc:** John Wirt; Pam Wirt
**Subject:** Re: Phillips

In a separate email, John sent around a link to all of the attorneys, which included the Notice of Pendency.  Did you receive it?

David Berlin
Attorney at Law
207 East 94th Street
Mezzanine Level
New York, NY 10128
(917) 202-8700
davidberlin13@yahoo.com
https://boxinglegal.com/


On Thursday, October 5, 2017 9:46 AM, Thomas M. Smith <TSmith@eckertseamans.com> wrote:


You drop box link for the nop did not  open,

**Thomas M. Smith, Esq.**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

10 Bank Street • Suite 700 • White Plains, NY 10606
Direct (914) 286.2807
tsmith@eckertseamans.com

eckertseamans.com | vCard

---

**From:** David Berlin [mailto:davidberlin13@yahoo.com]
**Sent:** Wednesday, October 04, 2017 5:12 AM
**To:** Thomas M. Smith
**Cc:** John Wirt; Pam Wirt; solomon n. klein (sklein@schlamstone.com)
**Subject:** Re: Phillips

Thanks for providing the new email address. Below is a link, via Dropbox, to the Notice of Pendency.

Best,
David

 **NOP Filed Stamped Copy.pdf**
Pdf via Dropbox

David Berlin
Attorney at Law
207 East 94th Street
Mezzanine Level
New York, NY 10128
(917) 202-8700
davidberlin13@yahoo.com
https://boxinglegal.com/

On Tuesday, October 3, 2017 1:06 PM, Thomas M. Smith <TSmith@eckertseamans.com> wrote:

David:
Thank you for the update. If you could, please include Solomon Klein on all emails to me. His new email address is on this.

**Thomas M. Smith, Esq.**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

10 Bank Street • Suite 700 • White Plains, NY 10606
Direct (914) 286.2807
tsmith@eckertseamans.com

eckertseamans.com | vCard

**From:** David Berlin [mailto:davidberlin13@yahoo.com]
**Sent:** Tuesday, October 03, 2017 4:53 AM
**To:** Thomas M. Smith
**Cc:** John Wirt; Pam Wirt
**Subject:** Re: Phillips

Hi Tom,

We have filed our Petition in Surrogate's Court but my understanding is that we must serve the parties pursuant to the SCPA, which means that I cannot ask you to accept service on behalf of your client. I will send the Petition in a separate email.

We also filed, on October 2, a Notice of Pendency with the Kings County Clerk. Please know that we continue to be willing to sign a separate agreement along the lines we had previously discussed, one that will protect our clients' interests and at the same time not cause harm to your client. As discussed before, we would of course withdraw the Notice of Pendency once we finalize an agreement. I will send the Notice of Pendency in a separate email as well.

Sincerely
David

David Berlin
Attorney at Law
207 East 94th Street
Mezzanine Level
New York, NY 10128
(917) 202-8700
davidberlin13@yahoo.com
https://boxinglegal.com/


On Tuesday, August 22, 2017 12:15 AM, David Berlin <davidberlin13@yahoo.com> wrote:


Tom,

Sorry about the delay in responding. I will send a petition with the request that you accept service once we file in Surrogate's Court. I expect that to take place soon.

Best,
David

David Berlin
Attorney at Law
207 East 94th Street
Mezzanine Level
New York, NY 10128
(917) 202-8700
davidberlin13@yahoo.com
https://boxinglegal.com/


 


On Wednesday, August 16, 2017 10:31 AM, Thomas M. Smith <TSmith@eckertseamans.com> wrote:

Are you going to send a proposed pleading?

**Thomas M. Smith, Esq.**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**

10 Bank Street • Suite 700 • White Plains, NY 10606
Direct (914) 286.2807
tsmith@eckertseamans.com

eckertseamans.com   | vCard

------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.


------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.


------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.

--------------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.


-----------------------------------------------------------------
This e-mail message and any files transmitted with it are subject to attorney-client privilege and contain confidential information intended only for the person(s) to whom this email message is addressed. If you have received this e-mail message in error, please notify the sender immediately by telephone or e-mail and destroy the original message without making a copy. Thank you.

Neither this information block, the typed name of the sender, nor anything else in this message is intended to constitute an electronic signature unless a specific statement to the contrary is included in this message.